GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
TRACY VAN BUSKIRK
Assistant United States Attorney
Arizona State Bar No. 022097
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tracy.van.buskirk@usdoj.gov
Attorneys for Plaintiff

```
             FILED      ____ LODGED
        ____ RECEIVED   ____ COPY

              APR 2 7 2021

        CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
        BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Melvin Paul Nelson,<br><br>　　　　　　Defendant. | NO. CR-21-08045-PCT-DWL (MHB)<br>**REDACTED INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153, 113(a)(3) and 3559(f)(3)<br>(CIR-Assault with A Dangerous Weapon)<br>Count 1<br><br>18 U.S.C. §§ 1153, 2244(b) and 2246<br>(CIR-Abusive Sexual Contact)<br>Count 2<br><br>18 U.S.C. §§ 1153, 1201 and 3559(f)(2)<br>(CIR-Kidnapping)<br>Count 3 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about December 31, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, MELVIN PAUL NELSON, an Indian, did intentionally and knowingly assault the victim, John Doe, a child under the age of 18 years, with a dangerous weapon, that is, a knife, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153, 113(a)(3) and 3559(f)(3).

**COUNT 2**

On or about December 31, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, MELVIN PAUL NELSON, an Indian, did knowingly engage in a sexual contact with the victim, John Doe, without the victim's permission. The sexual contact involved intentional touching, directly and through the clothing, of the victim's buttocks with the defendant's hand, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of any person.

In violation of Title 18, United States Code, Sections 1153, 2244(b) and 2246.

**COUNT 3**

On or about December 31, 2020, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, MELVIN PAUL NELSON, an Indian, did unlawfully seize, confine and kidnap the victim, John Doe, a child under the age of 18 years, and hold him for any purpose.

In violation of Title 18, United States Code, Sections, 1153, 1201 and 3559(f)(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: April 27, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/s/
TRACY VAN BUSKIRK
Assistant U.S. Attorney